# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00662-CV

### Nick Steward, Appellant

### v.

### Central Texas Docks, LLC d/b/a What's Up Dock, Appellee

### FROM THE COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
### NO. C-1-CV-23-005803, THE HONORABLE ERIC SHEPPERD, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant's brief was originally due on January 5, 2026. After multiple extensions of time, Appellant's brief was then due on April 13, 2026. On April 23, 2026, this Court sent a notice to Appellant informing him that his brief was overdue and that a failure to file a satisfactory response by May 4, 2026, would result in the dismissal of this appeal for want of prosecution. To date, Appellant has not filed a brief or a motion for extension of time. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Chari L. Kelly, Justice

Before Justices Triana, Kelly, and Ellis

Dismissed for Want of Prosecution

Filed: June 5, 2026